**Order filed April 18, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-08-01169-CV
_____

**CAROL ANN NORRA, Appellant**

**V.**

**HARRIS COUNTY, TEXAS AND THE STATE OF TEXAS, ACTING BY AND THROUGH THE TEXAS COMMISSION ON ENVIROMENTAL QUALITY, Appellees**

On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2008-47771

## O R D E R

On January 29, 2009, this court abated this appeal because appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number .  *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed December 19, 2012. The parties failed to advise this court of the bankruptcy court action.

Unless within 20 days of the date of this order, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.

PER CURIAM